JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ALL FASHIONS CLOTHING, INC.; a New York Corporation; ROSS STORES, INC. a Delaware Corporation; DDs Discounts, a Delaware Corporation; CITI TRENDS, INC., a Texas Corporation; RAINBOW USA INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 16-CV-00203-RSWL-AJW<br><br>**ORDER DISMISSING THE ACTION WITHOUT PREJUDICE** |

///

///

///

# ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed *without* prejudice against all Defendants, together with all claims and/or causes of action arising therefrom;
2. This dismissal of the action *without* prejudice may be converted to a dismissal *with* prejudice at a later date; and
3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: October 31, 2016        s/ RONALD S.W. LEW
                              The Honorable Ronald S.W. Lew
                              United Stated District Judge