1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ALL FASHIONS CLOTHING, INC.; a New York Corporation; ROSS STORES, INC. a Delaware Corporation; DDs Discounts, a Delaware Corporation; CITI TRENDS, INC., a Texas Corporation; RAINBOW USA INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00203- RSWL-AJW<br>*Honorable Ronald S.W. Lew Presiding*<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

///

///

///

1
**[PROPOSED] ORDER**

## **ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The prior dismissal *without* prejudice of the action against all Defendants, is hereby converted to a dismissal *with* prejudice of the entire action against all Defendants, together with all claims and/or causes of action arising therefrom; and
2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: January 20, 2017

s/ RONALD S.W. LEW
The Honorable Ronald S.W. Lew
United Stated District Judge